DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
RANALLI ZANIEL FOWLER & MORAN, LLP
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for CSAA General Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CSAA GENERAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, a Delaware Corporation, RAQUEL CAETANO, an individual, JUSTIN PILAND, an individual, GILBERTO PASTOR GARCIA, an individual, WORLDWIDE FLIGHT SERVICES, INC., RYDER TRUCK RENTAL INC. a Florida Corporation, ELIZABETH A. COYLE, an individual, THOMAS F. COYLE, An individual.<br><br>        Defendants. | Case No. Case No. 2:21-cv-02221<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

    Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff, CSAA GENERAL INSURANCE COMPANY, by and through their attorney of record DAVD M. ZANIEL, ESQ., of RANALLI, ZANIEL, FOWLER & MORAN, LLC and Defendant, AMERICAN AIRLINES, by and through their attorney of record MICHAEL C. MILLS, ESQ. of BAUMAN LOEWE WITT & MAXWELL, PLLC, hereby stipulate to dismiss this action without prejudice.

1

A voluntary dismissal will be filed for the remaining defendants as they have not answered or otherwise pled the complaint.

DATED this 8th day of March 2022.                    DATED this 8th day of March 2022

/s/DavidZaniel_____                       /s/MichaelMills_____
DAVID M. ZANIEL, ESQ.                                MICHAEL C. MILLS, ESQ.
Nevada Bar No. 7962                                  Nevada Bar No. 11872
50 West Liberty Street, #1050                        3650 North Rancho Drive, Suite 114
Reno, Nevada 89501                                   Las Vegas, Nevada 89130
*Attorney for Plaintiff*                             *Attorney for Defendant American Airlines*
*CSAA General Insurance Company*

**ORDER**

IT IS SO ORDERED

DATED this _____ day of March 2022.

_____
Gloria M. Navarro, District Judge
United States District Court
Case No. Case No. 2:21-cv-02221