DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
RANALLI ZANIEL FOWLER & MORAN, LLP
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for CSAA General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CSAA GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, a Delaware Corporation, RAQUEL CAETANO, an individual, JUSTIN PILAND, an individual, GILBERTO PASTOR GARCIA, an individual, WORLDWIDE FLIGHT SERVICES, INC., RYDER TRUCK RENTAL INC. a Florida Corporation, ELIZABETH A. COYLE, an individual, THOMAS F. COYLE, An individual.<br><br>    Defendants. | Case No. 2:21-cv-02221<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that Plaintiff, CSAA GENERAL INSURANCE COMPANY, by and through, David Zaniel, Esq. of the law offices of RANALLI, ZANIEL, FOWLER & MORAN, LLC, voluntarily dismisses its Complaint for Declaratory Action and Other Relief, filed December 20, 2021, against Defendants RAQUEL CAETANO, JUSTIN PILAND, GILBERTO PASTOR GARCIA, WORLDWIDE FLIGHT SERVICES, INC., RYDER TRUCK RENTAL, INC., ELIZABETH A. COYLE AND THOMAS F. COYLE.

1

A Stipulation for Dismissal of Defendant AMERICAN AIRLINES is being filed contemporaneously herewith. Defendant AMERICAN AIRLINES was the only party to make a formal appearance in this matter.

**Affirmation**
**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 3rd day of March 2022.

                         RANALLI, ZANIEL, FOWLER & MORAN, LLC

                         */s/ David M. Zaniel*

                         DAVID M. ZANIEL, ESQ.
                         Nevada Bar No. 7962
                         50 West Liberty Street, Suite 1050
                         Reno, Nevada 89501
                         *Attorney for CSAA General Insurance Company*

2

Notice of Voluntary Dismissal

**CERTIFICATE OF MAILING**

Pursuant to Nevada Rules of Civil Procedure 5(b), I certify that I am an employee of RANALLI, ZANIEL, FOWLER & MORAN, LLC and that on the 8th day of March 2022, I certify that service of the foregoing *Notice of Resolution of Case* was made to all parties to this action by:

  _____ placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada;

  _____ personal delivery, received by _____;

  ✓ CM/ECF – electronic filing;

addressed as follows:

James W. Kwon, Esq.
JAMES KWON, LLC
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
*Attorney for Defendant Raquel Caetano*

G. Mark Albright, Esq.
Jorge L. Alvarez, Esq.
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
*Attorneys for Defendants Elizabeth A. Coyle and Thomas F. Coyle*

Josh C. Aicklen, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Road, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant Gilberto Pastor Garcia and Ryder Truck Rental, Inc.*

Karie N. Wilson, Esq.
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorney for Defendant Ryder Truck Rental Inc*

Damian C. Noody, Esq.
LAW OFFICE OF LEE J. GRANT II
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
*Attorney for Defendant Justin Piland*

Stephanie J. Glantz, Esq.
Howard J. Russell, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Road, Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Worldwide Flight Services, Inc.*

_____
EMPLOYEE OF *Ranalli, Zaniel, Fowler & Moran, LLC*